Date: 09/27/10                  Page: 1

## DIVIDENDS REMITTED TO THE COURT
Check Number 109 Dated 09/27/10
Case Number 09-36514 - FEIGAL, MICHAEL A

#2787 mƏ

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| CHASE BANK USA NA<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>DALLAS TX 75374<br>   FINAL DISTRIBUTION<br>   8460 | 000004 | 1,076.30 | 2.21 |
| ---------- Remittance Total ---------- | | 1,076.30 | 2.21 |

*[signature]*
John A. Hedback, Trustee

COURT1            Printed: 09/27/10 11:59 AM     Ver: 15.20